IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERESA MOKA**                                                                                          **PLAINTIFF**
**V.**                          **CASE NO.: 4:24-CV-597-KGB**
**PULASKI COUNTY SPECIAL SCHOOL DISTRICT** and
**CHARLES McNULTY, Individually and as Superintendent**           **DEFENDANTS**

### REPLY TO DEFENDANTS' ANSWER

COMES NOW Teresa Moka, hereinafter referred to as "Moka," by and through her attorney, Jay Paul Coleman of the Law Offices of J. Paul Coleman. Within Moka's reply to Pulaski County Special District's, hereinafter referred to as "PCSSD," and Charles McNulty's, hereinafter referred to as "McNulty," answer to her complaint, Moka states the following:

1. Moka denies that any and all affirmative defenses made by PCSSD and McNulty in their answer apply in this case.

2. Specifically, Moka denies all statements made by PCSSD and McNulty in paragraphs 24 through 45.

WHEREFORE, Moka requests that this Honorable Court not dismiss her matter, and instead, allow the matter to proceed. Moka further prays for all relief this Court finds to be equitable and just.

Respectfully submitted,

TERESA MOKA

By: /s/ Jay Paul Coleman
Jay Paul Coleman, AR. Bar #: 2020104
The Law Offices of J. Paul Coleman
400 W. Capitol Ave., Suite 1700
Little Rock, AR. 72201

Ph: 501-626-8028<br>
Fax: 501-441-2297<br>
Email: <u>jay@jpaulcolemanlaw.com</u>