**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TERESA MOKA,**
**PLAINTIFF**

v.                              Case No.: 4:24-CV-00597-KGB

**PULASKI COUNTY SPECIAL SCHOOL**

**DISTRICT and CHARLES McNULTY**

**Individually and as Superintendent,**
**DEFENDANTS**

### RULE 26(a)(1) INITIAL DISCLOSURES

COMES NOW Teresa Moka, hereinafter referred to as "Moka," by and through her attorney, Jay Paul Coleman of the Law Offices of J. Paul Coleman. Within her Rule 26 Initial Disclosures, Moka states the following:

1. The following individuals are likely to have discoverable information as it concerns Moka's case:

    a. Lindsay Lucey. She is a contact for International Center for Leadership in Education (ICLE). She will have information concerning the agreement Ms. Moka was allowed to enter with ICLE concerning the education of her students. She is not necessarily the only party that would have information concerning the contract, but she is the name on the contract which Moka executed.

WHEREFORE, Moka asks that this Court accept her initial disclosures. If there are any changes or developments, Moka will update this Court as well as opposing counsel.

Respectfully submitted,

Teresa Moka

By: /s/ Jay Paul Coleman
Jay Paul Coleman, AR. Bar #: 2020104
The Law Offices of J. Paul Coleman
1501 N. University Ave., Suite 416
Little Rock, AR. 72207
Phone: 501-626-8028
Fax: 501-441-2297
Email: jay@jpaulcolemanlaw.com
