## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TERESA MOKA**                                                                                     **PLAINTIFF**

**V.**              **CASE NO.: 4:24-CV-00597-KGB**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT;**
**CHARLES McNULTY, INDIVIDUALLY and as**
**SUPERINTENDENT**                                                             **DEFENDANTS**

### FINAL MOTION FOR EXTENSION OF TIME TO ANSWER MOTION FOR SUMMARY JUDGMENT

Come now Plaintiff, Teresa Moka by and through her attorney, Jay Paul Coleman. Within her Final Motion for Extension of time, Teresa Moka, hereinafter referred to as "Moka," states the following:

1. Defendants Pulaski County Special School District and Charles McNulty filed a Motion for Summary Judgment in the matter captioned above on June 19, 2025.

2. Per Local Rule 7.2(b), the response to the Motion for Summary Judgment is due to this Court within ten days of that, which would be July 3, 2025, but Moka was granted an extension of time to July 10, 2025.

3. While answering the Motion for Summary Judgment, an issue within the case arose that could change the trajectory of the case, including whether or not this case will proceed forward.

4. In order to determine the direction of the case, Moka's Counsel needs to speak to the Counsel for the Defense about the issue.

5. To give Moka's Counsel time to confer with Defense Counsel, Moka asks for a final extension to file her answer to Defense's Motion for Summary Judgment- Tuesday, July 15, 2025.

6. By that date, it will be clear how this matter is to proceed; it will not be necessary to request another extension.

WHEREFORE, Moka requests an extension to July 15, 2025 to respond to the Motion for Summary Judgment.

                Respectfully submitted,

                By: /s/ Jay Coleman
                Jay Paul Coleman, ABNo. 2020104
                The Law Offices of J. Paul Coleman
                1501 N. University Ave., Suite 416
                Little Rock, AR 72207
                TELEPHONE: (501) 626-8028
                FACSIMILE: (501) 441-2297
                jay@jpaulcolemanlaw.com