IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERESA MOKA**                                                                                                **PLAINTIFF**

v.                              Case No. 4:24-cv-00597-KGB

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT and CHARLES MCNULTY,**
**Individually and as Superintendent**                                                         **DEFENDANTS**

**ORDER**

     Before the Court is plaintiff Teresa Moka's second motion for extension of time to answer motion for summary judgment (Dkt. No. 21). Ms. Moka represents that her deadline to file a response to the pending motion for summary judgment is July 10, 2025 (*Id.*, ¶ 2). However, Ms. Moka represents that an issue in the case arose that could determine whether or not this case will proceed forward (*Id.*, ¶ 3). In order to have time to confer with defense counsel regarding the direction of the case, Ms. Moka requests that the deadline by which she may file a response to the motion for summary judgment be extended to July 15, 2025 (*Id.*, ¶ 5). Ms. Moka does not indicate whether she has conferred with counsel for defendants Pulaski County Special District and Charles McNulty with respect to the instant motion. For good cause shown and given the timing of Ms. Moka's deadline, the Court grants the motion (*Id.*). The Court extends the deadline by which she may file a response to the motion for summary judgment up to and including July 15, 2025.

     It is so ordered this 11th day of July, 2025.

                                                               Kristine G. Baker
                                                               Chief United States District Judge