IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERESA MOKA**                                                                                             **PLAINTIFF**

V.                  **CASE NO.: <u>4:24-CV-00597-KGB</u>**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT;
CHARLES McNULTY, INDIVIDUALLY and as
SUPERINTENDENT**                                                    **DEFENDANTS**

## <u>MOTION TO DISMISS BY COURT ORDER PURSUANT TO RULE 41</u>

COMES NOW, Plaintiff, Teresa Moka, hereinafter referred to as "Moka," by and through her attorney, Jay Paul Coleman of the Law Offices of J. Paul Coleman. Within her request to dismiss this matter without prejudice by Court Order, Moka states the following:

1. Moka filed the above-captioned matter in Circuit Court in or around April 2024; after which, Pulaski County Special School District and Charles McNulty, hereinafter referred to as "Defendants" filed to have this matter removed to this Honorable Court.

2. Prior to filing the case in Circuit Court, in or around March 2024, Moka filed a discrimination claim with the Equal Employment Opportunity Commission (EEOC) based on the matter that drove Moka to file the matter captioned above.

3. Under the rules of the EEOC, a litigant must wait until (s)he receives the Right to Sue Letter from the EEOC before filing a case within the Federal Court; filing the matter without the Right to Sue letter could cause the mater to be dismissed.

4. Moka did not receive her Right to Sue letter until May 25, 2025; as such, Moka filed this matter prematurely.

5. Moka filed the matter before she had the right to do so, meaning she technically did not complete the exhaustion process at the time she filed the case within the Circuit Court.

6. However, Moka is within the statutory 90-day time frame to refile her matter within the Federal Court with the Right to Sue letter attached because she received her Right to Sue letter less than 60 days ago.

7. Because Defendants have filed a Motion for Summary Judgment, Moka must request a Court Order in order to have this matter dismissed. Fed. R. Civ. Pro. 41(a)(2).

8. As such, pursuant to the rule cited, Moka asks that this Court grant her request for voluntary dismissal without prejudice, which would allow her to properly refile this matter.

WHEREFORE, Moka asks that this matter be dismissed without prejudice, allowing her to refile the matter properly with her Right to Sue letter within the time frame set by the EEOC. Moka further requests all other relief this Court finds to be equitable and just.

Respectfully submitted,

TERESA MOKA

By: /s/ Jay Paul Coleman
Jay Paul Coleman, AR. Bar #: 2020104
The Law Offices of J. Paul Coleman
1501 N. University Ave., Suite 416
LR, AR. 72207
Ph: 501-626-8028
Fax: 501-441-2297
Email: jay@jpaulcolemanlaw.com