IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERESA MOKA** **PLAINTIFF**

v.  Case No. 4:24-cv-00597-KGB

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT and CHARLES MCNULTY,
Individually and as Superintendent**  **DEFENDANTS**

## ORDER

Trial in this matter is currently set for the week of August 4, 2025 (Dkt. No. 7). Pending before the Court are a motion for summary judgment filed by defendants Pulaski County Special School District and Charles McNulty, individually and as superintendent (Dkt. No. 12) and a motion to dismiss pursuant to Federal Rule of Civil Procedure 41 filed by plaintiff Teresa Moka (Dkt. No. 23). On its own motion, the Court removes this case from the trial calendar for the week of August 4, 2025. The Court has the pending motions under advisement and will reset the trial date and all unexpired pretrial deadlines by separate Order, if necessary, after ruling on the pending motions.

It is so ordered this 28th day of July, 2025.

Kristine G. Baker
Chief United States District Judge